IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, et al. | ) ) ) | |
| Plaintiffs, | ) | Case No: 3:17 cv 50136 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| William Bowman aka Bill Bowman dba Commercial Carpet Carpet Company of Rockford, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

A hearing on the motion for default judgment [20] was held on 11/14/2017. The defendant did not appear on the motion either in person or by counsel. To date the defendant has not filed an appearance pro se or by counsel and has not answered, and an order of default was entered on 6/21/2017. Dkt. 13. Notice of the motion for a default judgment was served by first-class and certified mail for the original presentment on 10/17/2017, and the defendant appeared in person on 10/17/2017 when the motion was continued to 11/14/2017. In the motion, the plaintiffs seek judgment in the amount of $180,199.62, which consists of the following: $163,290.56 in unpaid contributions during the period January 2011 through December 31, 2016, $16,329.06 in liquidated damages (10% of unpaid balance) as provided under the terms of the Collective Bargaining Agreement, and $580 in attorneys' fees as also provided under the CBA. The request for damages is supported by affidavits from the plaintiff's representative and counsel, as well as the results of an audit. See Dkt. 20, Exs. C & D. It is therefore this Court's Report and Recommendation to the District Judge that the motion for a default judgment be granted and that judgment in the amount of $180,199.62 be entered. Any objection to this Report and Recommendation is due by 11/29/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)
Date: November 15, 2017   /s/ Iain D. Johnston
 U.S. Magistrate Judge