## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Construction Industry Welfare Fund of Rockford Illinois, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No: 17 C 50136 |
| William Bowman aka Bill Bowman dba Commercial Carpet Carpet Company of Rockford, LLC, | ) ) ) ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [31] from the magistrate judge that this court grant plaintiffs' motion for entry of default judgment [20] against defendant and that judgment in the amount of $180,199.62 be entered. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiffs' motion for entry of default judgment. Default judgment will enter against defendant in the amount of $180,199.62. This case is closed.

Date: 11/30/2017                                ENTER:

                                                _____
                                                FREDERICK J. KAPALA
                                                District Judge